IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| FLAVIO VILLALOBOS-MARQUEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:25-cv-2014 (RDA/LRV) |
| PAMELA BONDI, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This matter comes before the comes before the Court on Petitioner's Motion to Convert Temporary Restraining Order to Preliminary Injunction and for Entry of Non-Transfer Order Pending Resolution of Habeas Petition. Dkt. 11. On November 17, 2025, this Court issued an Order enjoining Respondent from transferring Petitioner outside this judicial district for at least fourteen days. Dkt. 9. The briefing schedule set forth by the Court, however, extends beyond that fourteen-day window. Dkt. 3. Moreover, following the filing of this case, the Court's standard order in habeas cases directs federal respondents not to remove petitioners from this District while the habeas petition is pending.

Accordingly, it is hereby ORDERED that the Motion (Dkt. 11) is GRANTED-IN-PART and DENIED-IN-PART; and it is

FURTHER ORDERED that Petitioner <u>IS NOT</u> to be removed or transferred from this District for any reason without this Court's permission while the habeas petition is pending

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

Entered this 26th day of November, 2025.

Alexandria, Virginia

/s/
Rossie D. Alston, Jr.
United States District Judge